**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

| | | |
|---|---|---|
| **Unfortunate Son, Ltd.** | ) | **CASE NO. 1:05 CV 1694** |
| | ) | |
| **Plaintiff,** | ) | **JUDGE PATRICIA A. GAUGHAN** |
| | ) | |
| vs. | ) | |
| | ) | |
| **William Wilkins,** | ) | |
| **Bryan K. Hairston, and** | ) | **Judgment Entry** |
| **John Uzelac.** | ) | |
| | ) | |
| **Defendants.** | ) | |

This Court, having issued its Memorandum of Opinion and Order GRANTING the Motion of all Defendants to Dismiss the Amended Complaint (Doc. 21), hereby enters judgment in favor of defendants William Wilkins, Bryan K. Hairston and John Uzelac and against plaintiff Unfortunate Son, Ltd.

IT IS SO ORDERED.

    /s/ Patricia A. Gaughan
PATRICIA A. GAUGHAN
United States District Judge

Dated: 12/19/05

1